UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSCAR LORETO VILLALBA MOTA<br><br>                   Petitioner,<br><br>        -against-<br><br>HAYNES et al.,<br><br>                   Respondents. | 25-cv-10822<br><br>ORDER |

LEWIS J. LIMAN, United States District Judge:

Petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 on December 29, 2025.  On January 2, 2026, the Court ordered the Government to submit a letter to the Court addressing whether the outcome of the Petition is controlled by this Court's prior opinion in *Tumba v. Francis*, 2025 WL 3079014 (S.D.N.Y. Nov. 4, 2025), and, if so, whether the Government is prepared to waive its rights to a response and to submit a letter or otherwise consent to Petitioner's release without prejudice to its rights on appeal.  Dkt. No. 3.  The Government submitted a letter on January 6, 2026, in which it agreed that full briefing is not necessary given the Court's prior decision in *Tumba*.  Dkt. No. 15.  Further, the Government stated that the "facts of this case are not materially distinguishable from *Tumba*," and that the decision "would control the result in this case if the Court adheres to that decision." *Id.*  The Government has given the Court no reason to depart from its prior ruling in *Tumba* and therefore the Court adheres to its ruling in that case and finds, for the reasons stated in *Tumba*, that to detain the Petitioner the Government must comply with 8 U.S.C. § 1226.  Petitioner's detention is not mandatory, and requires the exercise of discretion.  *See, e.g., Campos v. Francis*, 2025 WL 3514120, at *1 (S.D.N.Y. Dec. 8, 2025).  In *Tumba*, the Court concluded that the appropriate remedy for Petitioner was immediate release.  The Government concedes this case is materially

indistinguishable.  Therefore, the petition for a writ of habeas corpus is GRANTED.

Respondents are ordered to release Petitioner by no later than 7:00 p.m. on January 7, 2026 and

to certify compliance with the Court's order by filing an entry on the docket this evening.

The Clerk of Court is directed to close this case.  The conference scheduled for January 7

at 11:00 a.m. is cancelled.  A copy of this order is being emailed to counsel as well as filed on the

docket.

SO ORDERED.

Dated:   January 7, 2026
         New York, New York

_____
LEWIS J. LIMAN
United States District Judge