UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
OSCAR LORETO VILLALBA MOTA,

                                      Petitioner,

         -against-                                           25 **CIVIL** 10822

                                                                  **JUDGMENT**

HAYNES et al.,

                                 Respondents.
---------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated January 7, 2026, the petition for a writ of habeas corpus is GRANTED. Respondents are ordered to release Petitioner by no later than 7:00 p.m. on January 7, 2026 and to certify compliance with the Court's order by filing an entry on the docket this evening; accordingly, the case is closed.

**Dated:**  New York, New York

        January 7, 2026

                                                              **TAMMI M. HELLWIG**

                                                         _____

                                                            **Clerk of Court**

                                    **BY:**            K. mango

                                                        _____

                                                             **Deputy Clerk**